UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY CONNER, individually and as the representative of a class of similarly situated persons<br><br>Plaintiff,<br><br>- against -<br><br>THE KOOPLES USA, INC. AND THE KOOPLES BLOOM, INC.<br>Defendant. | 18 CV 3135 (AT) |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff and Defendant jointly move for entry of the Consent Decree attached hereto as Exhibit A. The attached Consent Decree completely resolves this case, disposing of all claims and parties and all parties and counsel agree to and request entry of the attached Consent Decree.

July 12, 2018                                         Respectfully submitted,

**SHAKED LAW GROUP**

By:  /s/ Dan Shaked
     Dan Shaked
     44 Court Street, Suite 1217
     Brooklyn, NY 11201
     *Attorneys for Plaintiff*

**HAND BALDACHIN & ASSOCIATES LLP**

By:  /s/ Adam B. Michaels
     Adam B. Michaels
     8 West 40th Street, 12th Floor
     New York, New York 10018
     *Attorneys for Defendants*